# EXHIBIT "A"



May 6, 2016

Re: 30 DAY DEMAND LETTER

(Account Statement Attached)

Dear Unit Owner,

This letter is to notify you that The Association Maintenance Assessments and/or special assessments are delinquent on this property. The balance is reflected in the attached detailed statement. Only with your assistance and cooperation we will be able to clear your account. Please remit payment to LawPros located at 7900 NW 155th Street #101 / Miami Lakes, FL 33016 and make sure to include your building and Unit Number on the memo portion of the check so that your account can be credited accordingly.

Should there be a discrepancy between your personal records and our statement, please contact our office at 305.548.8448 during regular business hours so that we may work together and bring your account up to date.

Your immediate attention regarding this matter is greatly appreciated.

Cordially,

Account Receivable Department

**Note: PLEASE BE ADVISED THAT THIS FIRM REPRESENTS THE CONDOMINIUM ASSOCIATION AND HAS BEEN ENGAGED TO COLLECT A DEBT. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT EXPRESSED PURPOSE.**

---

Re: CARTA DE 30 DIAS POR FALTA PAGO

(Estado de Cuenta adjunto)

Estimado propietario,

Esta carta es para informarle que su pago de mantenimiento a la Asociación y/o evaluación especial se encuentra pendiente para esta propiedad. La deuda se refleja en el estado de cuenta adjunto. Sólo con su ayuda y cooperación seremos capaces de poner su cuenta al día. Por favor remitir el pago a LawPros, ubicado en 7900 NW 155 Street #101 / Miami Lakes, FL 33016 asegurándose de incluir los datos de la propiedad (edificio y numero de la unidad) en el campo memo del cheque para que su cuenta pueda ser acreditada correctamente.

Si usted encuentra alguna discrepancia entre sus registros y el estado de cuenta enviado por nosotros, póngase en contacto con nosotros al 305-548-8448 durante horario de oficina regulares para que podamos trabajar juntos y poner su cuenta al día.

Su atención inmediata con respecto a este asunto será muy apreciada.

Cordialmente,

Departamento de cuentas por cobrar

**NOTA: TENGA EN CUENTA QUE ESTA FIRMA REPRESENTA A SU ASSOCIATION Y HA SIDO CONTRATADA PARA LA COBRANZA DE CUENTAS MOROSAS. ESTO ES UN INTENTO PARA COBRAR UNA DEUDA Y CUALQUIER INFORMACIÓN OBTENIDA EN EL PROCESO SERÁ ÚNICAMENTE USADA PARA ESTE PROPÓSITO.**

---



**LAWPROS**
7900 NW 155TH STREET
SUITE 101
Miami Lakes
FL 33016

Shraga &Pnina Seiden

# Invoice

| Date | # |
|---|---|
| 4/1/2016 | 715 |

| Description | Amount |
|---|---|
| Association pass dues including all late fees following particular Condo / HOA regulations HOA | 9,902.76 |
| Association pass dues including all late fees following particular Condo / HOA regulations S.A. 2014 | 1,726.00 |
| Collection demand letter processing / Legal Fees | 250.00 |
| **Total** | **$11,878.76** |

Lawpros Management is a collection company operating under agreement with your Condo / HOA

Property Information:

Shraga &Pnina Seiden

LawPros
7900 NW 155 St #101
Miami Lakes, FL 33016

Shraga &Pnina Seiden




MIAMI
FL 331
05 MAY'16



02 1P
0000852475   MAY 05 2016
MAILED FROM ZIP CODE 33016
$000.46⁵

33173940б8 C058

