# EXHIBIT "B"



**LAW FIRM**

Alba Varela, P.A.
7900 NW 155th Street, Ste. 101
Miami Lakes, Florida 33016
Office: 305-548-8448

October 26, 2016

FOR PURPOSES OF SETTLEMENT, NOT TO BE USED FOR ANY OTHER PURPOSE

VIA U.S. MAIL CERTIFIED RETURN RECEIPT
Shraga & Pnina Seiden

Re: NOTICE OF INTENT TO FILE CLAIM OF LIEN

Dear Shraga & Pnina Seiden:

I have been retained by Rolling Green Condominium "E" to collect from you the past-due maintenance, interest, late fees, legal fees and costs and other charges due on the above referenced property. Enclosed is an accounting of the amount claimed to be due and owing to Condominium Association pursuant to Florida Statutes § 718.116, as follows:

| | |
|---|---|
| Maintenance Fee(s) | $ 9,842.66 |
| Late Fees at $25.00 per month (HOA) | $ 1,950.00 |
| Special Assessments | $ 1,796.98 |
| Late Fees at $25.00 per month (Spec. Assessment) | $ 2,600.00 |
| Interest at 18% | $ 2,095.14 |
| Estoppel/Payoff Fee | $ 595.00 |
| | |
| LawPros Management | $4,995.00 |
| Alba Varela, P.A. | $1,750.00 |
| LAS | $1,995.00 |
| | |
| Total Due | $27,619.50 |

ONCE BALANCE IS PAID THE LIEN SHALL BE RELEASED ON THE SUBJECT UNIT TO ISSUE CLEAR TITLE

Please note that interest has been calculated through October 31, 2016, and will accrue daily thereafter. Moreover, additional assessments, interest, costs, and attorney's fees may accrue subsequent to the above estoppel expiration date.



Please send your check in the above amount payable to "Florida LawPros" to the address indicated above. Please put the applicable unit number on your check. If payment is not received within thirty (30) days of the date of this letter, the Association has instructed me to file a Lien against your property, which could result in the loss of your property due to subsequent foreclosure if you fail to make payment. Also, the amount necessary to clear your past-due account (and release the Lien) will increase due to additional attorney's fees and related costs. Assessments continue to accrue, together with attorney's fees and costs.

MAKE YOUR CHECK(S) OR MONEY ORDER(S) payable to Florida LawPros. Please note the address and unit number of the face of the check and please provide us with a copy of Warranty Deed in order to assess all future maintenance to the new owners. The sums described above shall only be valid as a binding estoppel and constitute full payment of the delinquent account if payment in full is received by this Firm on or before the deadline noted above. Acceptance of the sums described above after the expiration of the deadline noted above may not constitute full payment of the delinquent account and acceptance of such sums should not be construed as an estoppel, novation, or waiver of any kind. Acceptance of a partial or untimely payment(s) will not result in the cessation of collection efforts. Please be advised that unless payment in full is received, we will continue with the appropriate legal actions to protect our client's interest. Collection efforts will continue until the account is paid in full. We reserve the right to correct any error or omission in these figures made in good faith, whether mathematical, clerical, typographical or otherwise. Provided that all payments clear the bank, the Condominium Association and/or its Management Company shall execute and deliver to you a Satisfaction of Lien.

This firm may be deemed a "debt collector" under the Fair Debt Collection Practices Act. We are attempting to collect a debt, and any information obtained will be used for that purpose only. The debt described in the estoppel will be assumed to be valid by the creditor's law firm, unless the debtor, within thirty (30) days after the receipt of this notice, disputes, in writing, the validity of the debt or some portion thereof. If your client disputes the validity of this debt it will be necessary for your client to provide the dispute in writing, enclosing copies of the front and back of any cancelled check or other receipts for payment which your client believes it has not been given property credit. If your client cannot furnish proof that the Association's records are in error, it will be necessary for your client to remit payment in full of all sums claimed due and owing to the Association in order to avoid further action.

**PLEASE BE ADVISED THAT THIS IS AN ACTION TO COLLECT A DEBT AND ANY INFORMATION OBTAINED CAN BE USED FOR THAT PURPOSE.**

The address for payment is as follows, please be sure to place the name of the Association and Unit Number on the Memo portion of the check:

7900 NW 155th Street, Ste. 101
Miami Lakes, Florida 33016

Should you have any further questions, please do not hesitate to contact me.

Respectfully Submitted,
AV PROFESSIONAL ASSOCIATION

Alba Varela, P.A.





